AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| D'Agostino, Mae A. | U.S. District Court for the Northern District of New York | 05/01/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U.S. District Court
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | Albany Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 05/01/2008 | American International Life Assurance Co., structured settlement for future payments of legal fees earned |
| 2. | 09/04/2002 | American General Life Insurance Co., structured settlement for future payments of legal fees earned |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 05/01/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Albany Law School | $3,200.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 05/01/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | College of St. Rose | Tuition | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Key Bank Account | A | Interest | K | T | | | | | |
| 2. | | | | | | | | | |
| 3. Trustco Bank Account | A | Interest | L | T | | | | | |
| 4. | | | | | | | | | |
| 5. Fidelity Brokerage Account (H) | | | | | | | | | |
| 6. - Cash | A | Interest | J | T | | | | | |
| 7. - Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 8. - American Beacon Large Cap Investor | A | Dividend | J | T | Buy | 05/29/14 | J | | |
| 9. - Artisan Mid Cap Value | A | Dividend | J | T | | | | | |
| 10. - Artisan Intl Value Fund Inv Cl | A | Dividend | J | T | | | | | |
| 11. - Spartan 500 Index Fd Adv Cl | A | Dividend | K | T | | | | | |
| 12. - Spartan Extended Mkt Index Fid Adv Cl | A | Dividend | J | T | Buy (add'l) | 03/27/14 | J | | |
| 13. - Fidelity Contrafund | A | Dividend | J | T | Sold (part) | 05/29/14 | J | A | |
| 14. - Fidelity Strategic Dividend & Income | A | Dividend | J | T | Buy (add'l) | 05/29/14 | J | | |
| 15. - Fidelity Low Priced Stock | A | Dividend | J | T | | | | | |
| 16. - Fidelity Select Medical Equip & System | A | Dividend | J | T | | | | | |
| 17. - Oakmark International Small Cap I | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Fidelity Floating Rate High Income | A | Dividend | J | T | | | | | |
| 19.  - Fidelity High Income | A | Dividend | J | T | Sold (part) | 11/24/14 | J | A | |
| 20.  - Fidelity Strategic Income | A | Dividend | J | T | | | | | |
| 21.  - Matthews Asian Growth & Income | A | Dividend | J | T | | | | | |
| 22.  - Metropolitan West Low Duration M | A | Dividend | J | T | | | | | |
| 23.  - PIMCO Foreign Bond CL D | A | Dividend | J | T | Buy (add'l) | 11/24/14 | J | | |
| 24.  - Fidelity Real Estate Income | A | Dividend | J | T | | | | | |
| 25. | | | | | | | | | |
| 26.  Fidelity IRA (H) | F | Dividend | P1 | T | | | | | |
| 27.  - American Beacon Large Cap Investor | | | | | Sold (part) | 03/27/14 | J | | |
| 28. | | | | | Sold (part) | 09/29/14 | J | | |
| 29. | | | | | Sold (part) | 11/24/14 | J | | |
| 30.  - Artisan Mid Cap Value | | | | | Sold (part) | 09/29/14 | J | | |
| 31. | | | | | Sold (part) | 11/24/14 | J | | |
| 32.  - Artisan Intl Value Fund Inv Cl | | | | | Sold (part) | 05/29/14 | J | | |
| 33. | | | | | Buy (add'l) | 09/29/14 | J | | |
| 34. | | | | | Sold (part) | 11/24/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - Fidelity Contrafund | | | | | Sold (part) | 01/30/14 | J | | |
| 36. | | | | | Sold (part) | 03/27/14 | J | | |
| 37. | | | | | Sold (part) | 05/29/14 | K | | |
| 38. | | | | | Sold (part) | 09/29/14 | J | | |
| 39.   - Fidelity Low Priced Stock | | | | | Sold (part) | 03/27/14 | J | | |
| 40.   - Oakmark International Small Cap I | | | | | Sold (part) | 05/29/14 | J | | |
| 41. | | | | | Sold (part) | 11/24/14 | J | | |
| 42.   - Fidelity Floating Rate High Income | | | | | Buy (add'l) | 01/30/14 | J | | |
| 43. | | | | | Buy (add'l) | 03/27/14 | J | | |
| 44. | | | | | Sold (part) | 05/29/14 | J | | |
| 45. | | | | | Buy (add'l) | 09/29/14 | J | | |
| 46. | | | | | Buy (add'l) | 11/24/14 | J | | |
| 47.   - Spartan 500 Index Fd Adv | | | | | Sold (part) | 05/29/14 | J | | |
| 48. | | | | | Sold (part) | 09/29/14 | J | | |
| 49. | | | | | Buy (add'l) | 11/24/14 | J | | |
| 50.   - Spartan Extended Mkt Index Fid Adv CL | | | | | Buy (add'l) | 03/27/14 | J | | |
| 51. | | | | | Buy (add'l) | 05/29/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 11/24/14 | J | | |
| 53. - Fidelity Large Cap Value Enhanced Index | | | | | Buy | 03/27/14 | L | | |
| 54. | | | | | Buy (add'l) | 05/29/14 | K | | |
| 55. | | | | | Sold (part) | 09/29/14 | J | | |
| 56. | | | | | Sold (part) | 11/24/14 | J | | |
| 57. - Matthews Asian Growth & Income Fund | | | | | Sold (part) | 01/30/14 | J | | |
| 58. | | | | | Sold (part) | 03/27/14 | J | | |
| 59. | | | | | Sold (part) | 05/29/14 | J | | |
| 60. | | | | | Buy (add'l) | 09/29/14 | J | | |
| 61. | | | | | Buy (add'l) | 11/24/14 | J | | |
| 62. - Parnassus Equity Income Portfolio | | | | | Sold | 03/27/14 | L | | |
| 63. - Fidelity High Income | | | | | Buy (add'l) | 03/27/14 | J | | |
| 64. | | | | | Sold (part) | 09/29/14 | J | | |
| 65. | | | | | Sold (part) | 11/24/14 | J | | |
| 66. - Metropolitan West Low Duration M | | | | | Buy | 01/30/14 | J | | |
| 67. | | | | | Sold (part) | 03/27/14 | J | | |
| 68. - PIMCO Foreign Bond CL D | | | | | Sold (part) | 03/27/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 09/29/14 | J | | |
| 70. | | | | | Buy (add'l) | 11/24/14 | J | | |
| 71.   - Fidelity Strategic Income | | | | | Buy (add'l) | 03/27/14 | J | | |
| 72. | | | | | Buy (add'l) | 09/29/14 | J | | |
| 73. | | | | | Buy (add'l) | 11/24/14 | J | | |
| 74.   - Fidelity Real Estate Income | | | | | Buy (add'l) | 01/30/14 | J | | |
| 75. | | | | | Buy (add'l) | 05/29/14 | J | | |
| 76.   - Fidelity Select Health Care | | | | | Sold (part) | 01/30/14 | J | | |
| 77. | | | | | Buy (add'l) | 11/24/14 | J | | |
| 78.   - Fidelity Cash Reserves | | | | | | | | | |
| 79. | | | | | | | | | |
| 80.   Prudential Annuity (Inherited) | A | Interest | K | T | Distributed (part) | 12/31/14 | K | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 05/01/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII. Investments and Trusts

Line 3 - Trustco Bank - This account was opened with funds that were inherited from an estate. The account was opened on July 28, 2014 with a deposit of $52,317.

| Name of Person Reporting | Date of Report |
| --- | --- |
| D'Agostino, Mae A. | 05/01/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Mae A. D'Agostino**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544